# DISCIPLINARY CASES

**2005–0748. Disciplinary Counsel v. Carpino.**
This cause came on for further consideration upon the filing by counsel for respondent of a motion to reconsider imposition of costs. Upon consideration thereof,

IT IS ORDERED by this court that the motion is granted and board costs in this matter are hereby waived.